UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cr-20242-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**JOSE MIGUEL FERNANDEZ,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Plea of Guilty [ECF No. 46], which was entered on April 19, 2021. In the R&R, Judge Becerra found that the Defendant Jose Miguel Fernandez freely and voluntarily entered a plea of guilty as to Counts I and II of the Indictment, which charges Defendant with conspiracy to possess with intent to distribute a controlled substance (Count I), in violation of Title 21 U.S.C. § 846, and attempt to possess with intent to distribute a controlled substance (Count II), in violation of Title 21 U.S.C. § 841(a)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts I and II, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to Counts I and II of the Indictment; (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Wednesday, July 21, 2021 at 2:00 PM**; and (4) the jury trial previously set for May 24, 2021 and the calendar call previously set for May 19, 2021 [ECF No. 31] are now cancelled as they relate to Defendant Jose Miguel Fernandez.

**DONE AND ORDERED** in Miami, Florida on May 12, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record